STATE OF LOUISIANA

VERSUS

ROBERTO LOPEZ

NO. 24-K-373

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 19, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** ROBERTO LOPEZ

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE E. ADRIAN ADAMS, DIVISION "G", NUMBER 21-5762

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

Relator, Roberto Lopez, seeks review of the trial court's August 1, 2024 denial of his motion *in limine* to exclude expert testimony.  In his motion, Relator sought to exclude the testimony of Dr. Anne Troy as an expert in "Child Maltreatment," alleging the State failed to provide an adequate expert notice under La. C.Cr.P. art. 719.  He argued that the State's notice of Dr. Troy's expert testimony does not contain a detailed summary or a report as to her opinion regarding the alleged victim and abuse, or a report of her conclusions for child sexual abuse and delayed disclosure.  Relator contends that the lack of a detailed summary prevents his defense from adequately preparing to challenge Dr. Troy's testimony.

In its oral reasons for denial of Relator's motion *in limine*, the trial court found that the State was not required to disclose Dr. Troy's report to the defense because she has not authored a written report.  It further found that the State sufficiently

complied with La. C.Cr.P. art. 719 by providing a summary of the information Dr. Troy will testify to at trial.

Here, a review of the writ application shows that Dr. Troy neither conducted any physical or mental examinations nor any scientific tests or experiments in this matter, and the State will call Dr. Troy with respect to her knowledge regarding child sexual abuse and delayed disclosure. The report by Relator does not exist. However, as noted by the trial court, a summary of the information Dr. Troy will testify to at trial was provided to the defense. After consideration, we cannot find that the trial court erred in its denial of Relator's motion.

Accordingly, the writ application is denied. Furthermore, Relator's request for stay is denied.

Gretna, Louisiana, this 19th day of August, 2024.

**MEJ**
**SUS**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **08/19/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
**CLERK OF COURT**

**24-K-373**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable E. Adrian Adams (DISTRICT JUDGE)
Mark D. Plaisance (Relator)       Thomas J. Butler (Respondent)
                                  Anna L. Friedberg (Relator)

### MAILED

Remy V. Starns (Relator)          Marcus J. Plaisance (Relator)     Zachary L. Grate (Respondent)
Attorney at Law                   Attorney at Law                   Assistant District Attorney
301 Main Street                   Post Office Box 1123              Twenty-Fourth Judicial District
Suite 700                         Prairieville, LA 70769           200 Derbigny Street
Baton Rouge, LA 70825                                              Gretna, LA 70053